Christ, P. J., Rabin, Munder, Kleinfeld and Benjamin, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RICHARD BILELLO, Appellant.—

Rabin, Acting P. J., Hopkins, Martuscello, Latham and Brennan, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NORMAN DUGAS, Appellant.—

Christ, P. J., Rabin, Munder, Kleinfeld and Benjamin, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NATHANIEL ELLERBE, Appellant.—

Christ, P. J., Rabin, Munder, Kleinfeld and Benjamin, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT MICHAEL GAUVREAU, Appellant.—

Christ, P. J., Rabin, Munder, Kleinfeld and Benjamin, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HENRY GIRONDA, Also Known as ANDREW J. GIRONDA, Appellant.—